UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH C. STOUT, IV | CIVIL ACTION |
| VERSUS | NUMBER: 10-4466 |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION: "F"(5) |

### O R D E R

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of the parties to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's case is remanded to the Commissioner for further consideration consistent with the Court's

opinion.

New Orleans, Louisiana, this 26th day of March, 2012.

_____
Martin L. C. Feldman
UNITED STATES DISTRICT JUDGE